IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In the Matter of the Search of** ) | **Docket No. 3:24-mj-** 29-WCM |
| ) | |
| IN THE MATTER OF THE SEARCH OF ) | |
| TWO WIRELESS TELEPHONES ) | *UNDER SEAL* |
| LOCATED AT 601 E TRADE STREET ) | |
| CHARLOTTE, NORTH CAROLINA ) | |
| ) | |

**ORDER SEALING SEARCH WARRANT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS**

UPON MOTION of the United States of America for an order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

Signed: January 25, 2024

W. Carleton Metcalf
United States Magistrate Judge